■ In the Matter of HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of MICHAEL S., Respondent. RACHEL W., Respondent; SIMONE M. SHAHEEN, Esq., Attorney for the Child, Appellant. [953 NYS2d 534]—Appeal from an order of the Family Court, Herkimer County (John J. Brennan, J.), dated December 15, 2011. The order, among other things, directed that the subject child be returned to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of ALAN V. NERBER, Respondent, v LEIGH M. BUELL, Appellant. [953 NYS2d 535]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered September 2, 2011 in a proceeding pursuant to Family Court Act article 6. The order awarded petitioner sole custody of the parties' child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of NEW YORK STATE DIVISION OF HUMAN RIGHTS, on the Complaint of WILLIAM R. JOHNSON, Petitioner, v JOHN BRYSON et al., Respondents. [954 NYS2d 511]—Proceeding pursuant to Executive Law § 298 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Steuben County [Marianne Furfure, A.J.], entered April 3, 2011) to enforce a determination of the New York State Division of Human Rights.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is granted. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.